IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACHEREY DANIEL DVORAK, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:17CV467 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| DOUGLAS COUNTY, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

On March 20, 2018, the court ordered Plaintiff to file an amended complaint that states a claim upon which relief may be granted by April 20, 2018. (Filing No. 8.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." To date, Plaintiff has not filed an amended complaint or taken any other action in this case.[1]

IT IS THEREFORE ORDERED that:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. Judgment shall be entered by separate document.

DATED this 2nd day of May, 2018.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] According to the court's electronic case file, Plaintiff was an inmate at the Douglas County Correctional Center when he filed this lawsuit. He has now been moved to the Lincoln Regional Center. The court's Order requiring Plaintiff to file an amended complaint was sent to the Lincoln Regional Center. (Filing No. 9.)